NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE

SUPERIOR COURT DIVISION

Leilei Zhang

    Plaintiff(s),                         Affidavit of Leilei Zhang

v.                                          File No. 22 cvs 6041

Wen Zhang,

    Defendant(s),

Plaintiff, Leilei Zhang, is submitting its affidavit to the NC Wake County Superior Court in support of her request of an issuance of a Warrant for Arrest against defendant, Wen Zhang pursuant to NC § 15A-304.

I, Leilei Zhang, am the Plaintiff of this case and attest to the following facts under oath:

1. Plaintiff and defendant (the parties) were married and divorced in October 2022. The parties have joint custody of minor daughter, Ella, who currently lives with defendant in Cary, North Carolina. According to the separation agreement term #7 (see below), Ella shall live with me in San Diego, California during non-school days and holidays to satisfy JOINT CUSTODY between the parties.

7. CHILD CUSTODY. The parties acknowledge and agree that it is in the best interests of Ella Zhang ("Ella") for the Husband and Wife to share joint legal custody. Ella will continue living in Cary with Husband-Father for school purposes and shall visit with Wife-Mother during Ella's fall and spring breaks, during Thanksgiving and Winter breaks, and during the summer when school is not in session. Husband shall be responsible for purchasing the plane tickets for himself and Ella to fly to San Diego, and Wife

shall be responsible for purchasing plane tickets for herself and Ella to fly back to RDU, North Carolina. Wife will have the right to request additional time with Ella, as needed.

2. Defendant has been in **constant** violation of the separation contract, especially the term regarding child visitation #7 by finding excuse after excuse to keep Ella from visiting me without legal justification.

3. My daughter Ella finished high school on May 24th. I was in NC to celebrate her graduation on May 24th and 25th. She agreed to come to San Diego and would let me know of a date. I returned to San Diego anticipating her arrival in CA in the following days but no response from her until June 1st, I received an email (Exhibit#1) from defendant Wen Zhang citing that he would bring Ella to San Diego on June 24th but she had to return to NC on July 7th for college orientation. Ella also had secured a summer job with UCLA starting July 25th. Therefore, she had to return to California in 2 weeks. I looked online at her intended college's website and found out that there were plenty of options for orientation dates in June, July, and August. I immediately raised my concern and disagreement. Apparently, defendant is trying to find ANOTHER excuse to violate Term#7 to keep Ella in NC as long as he could. This is under the circumstance that this Court is still reviewing his breach of contract case with a pending order. I offered different options for orientation dates to both of them however, never heard back.

4. I wrote to Ella trying to help her making the right decision about her orientation (Exhibit#3). Then all of a sudden, she became abusive towards me and even rejected to come to my son's birthday on June 27th. She also called my mother and became emotionally unstable and hanged up on her. She is rejecting any of her family members besides the defendant.

5. I became very sad and concerned with her mental state and offered to help but I totally lost contact with her and the defendant. **All I know is that he is holding her hostage in NC against the legal contract and manipulating her mind and making her do things she probably did not mean to. She is at danger in Wen Zhang's hands.**

6. Wen Zhang is calculated and manipulative. He has no fear of breaking the law and any consequences. He is ignorant and disrespectful of the legal system under his attorney Judy Tseng's advice. He is putting my daughter's mental and emotional health at risk and he has made her become irrational and emotionally unstable.

7. I informed the defendant and his attorney Judy Tseng of my decision to try to put him away from Ella, Tseng replied that "**They're not going to arrest him for this. Please stop wasting everyone's time and resources.** Wen Zhang gave you a proposed flight itinerary, and you rejected it." (Exhibit#2). Tseng is giving the defendant assurance to continue to violate the law and no one is going to hold him accountable. Tseng also accused me of holding my daughter hostage in April 2022 while she was with me in San Diego. The situation was that I was requesting more time with Ella and I informed the defendant of my decision as I am allowed to according to contract term#7. Instead the defendant showed up at my house with the police present. They intimidated my daughter and me. She was taken away from me at gun point. Ella promised me to come back to San Diego before she left and so did the defendant!

8. Based on the information presented, plaintiff showed upon the Court that probable cause existed to support the issuance of the arrest warrant against Wen Zhang. Defendant is violating the law as this Affidavit is being created and he has been causing mental trauma to a minor child for a long time. He should be held accountable and put away from my daughter. My daughter Ella should be protected under the jurisdiction of this Court and **no one should be allowed to commit crime under the jurisdiction of this Court!**

This the 12th day of June, 2024.

Leilei Zhang

7025 Surfbird Circle

Carlsbad, CA 92011

442-637-6326

leileiz@hotmail.com

STATE OF _____California_____

COUNTY OF    Sa n Diego

    PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named __Leilei Zhang__, who, having first been duly sworn by me, stated on oath the above.

Notary Public: _____     SEE ATTACHED CALIFORNIA CERTIFICATE
                                                                            Edward F. Vorgos  6/12/24

My Commission Expires: _____

**CALIFORNIA JURAT FORM**         CIVIL CODE SECTION 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __San Diego__

Subscribed and sworn to (or affirmed) before me on this __12__ day of __June__, 20__24__,

by __Leilei Zhang__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary Seal: EDWIN F. VARGAS, COMM. #2452079, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Commission Expires July 1, 2027]

Signature _____
Signature of Notary Public

Place Notary Seal and/or Stamp Above

·············································· OPTIONAL ··············································

Description of Attached Document: __Affidavit__

Document Date: __6/12/24__      Number of Pages: __2__

Signer(s) other than named above: __none__

**Re: San Diego**

Wen Zhang <wenzhang106@yahoo.com>
Sat 6/1/2024 3:52 PM
To: Ella Zhang <ella_zhang@caryacademy.org>; Leilei Zhang <leileiz@hotmail.com>
Cc: Wen <wen@cisco.com>

She has to be back in NC for on-campus orientation in July. This is the best time we found for San Diego. If this looks ok, I'll book it.

DEPART

# Charlotte, NC to San Diego, CA

Monday, June 24, 2024

# 4:49 PM  6:41 PM

4h 52m

NonstopOpens Nonstop details for CLT to SAN, departing at 4:49 PM

Main
AA562  321-Airbus A321
Onboard amenities

Details for CLT to SAN, departing at 4:49 PM Nonstop
Change for CLT to SAN, departing at 4:49 PM Nonstop

RETURN

# San Diego, CA to Charlotte, NC

Sunday, July 7, 2024

# 11:28 AM  7:27 PM

4h 59m

NonstopOpens Nonstop details for SAN to CLT,

departing at
11:28 AM

Main
AA1645   321-Airbus A321
Onboard amenities

Detailsfor SAN to CLT, departing at 11:28 AM Nonstop
Changefor SAN to CLT, departing at 11:28 AM Nonstop

On Monday, May 27, 2024 at 08:58:40 AM EDT, Leilei Zhang <leileiz@hotmail.com> wrote:

Ella,

Please have your dad change your flight and re-route to San Diego asap. I want you to come to California as early as possible. Marcus will be here on June 13. You will enjoy your summer here. I will take you to your camp in Los Angeles in July.

**Re: San Diego**

J. T. Esq. <nclawyer@gmail.com>
Wed 6/12/2024 10:13 AM
To: Leilei Zhang <leileiz@hotmail.com>

Dear Ms. Zhang:

They're not going to arrest him for this. Please stop wasting everyone's time and resources. Wen Zhang gave you a proposed flight itinerary, and you rejected it. The state bar attorneys/staff have already told you to stop including them on all your communications. You held your daughter hostage and wouldn't send her on her flight back to North Carolina unless my client sent you more money, and the police had to get involved. That is extremely traumatic for your daughter.

I am not going to keep responding to your baseless demands for more money, threats, and accusations either, unless absolutely necessary. Meanwhile, may I suggest that you focus your energy on getting employment and seeing a doctor.

Best regards,
--
**Judy Y. Tseng, Attorney and Counselor at Law**
**NCDRC Certified Superior Court Mediator**
**NCDRC Certified Family Financial Mediator**
PLEASE NOTE NEW ADDRESS:
**Wake Law Office**
200 Cascade Pointe Lane, Suite 104
Cary, NC 27513
tel (919) 656-5887
nclawyer@gmail.com or jyt@wakelawoffice.com
www.wakelawoffice.com

On Wed, Jun 12, 2024 at 10:06 AM Leilei Zhang <leileiz@hotmail.com> wrote:
Ms. Tseng,

I have lost contact with the defendant and my daughter. I will seek an arrest warrant for your client from the court if I don't hear from either of them by end of day today! I am concerned with daughter's wellbeing!

On Jun 10, 2024 at 6:35 AM, <leilei zhang> wrote:

I am hiring an attorney to help me getting my daughter to San Diego.

**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Friday, June 7, 2024 11:47 AM
**To:** J. T. Esq. <nclawyer@gmail.com>
**Cc:** Wen Zhang <wenzhang106@yahoo.com>; Wen <wen@cisco.com>; Elizabeth Starnes <estarnes@ncbar.gov>; Katherine Jean <kjean@ncbar.gov>
**Subject:** Re: San Diego

Ms. Tseng,

Please urge your client to bring my daughter to San Diego immediately!

On Jun 4, 2024 at 7:06 AM, <Leilei Zhang> wrote:

Ms. Tseng,

11 days has passed and my daughter is still in NC. Please urge your client to bring her to San Diego asap!

On Jun 3, 2024 at 4:23 PM, <Leilei Zhang> wrote:

His "proposed" flight was only for her to stay in California for 2 weeks. Anyone with the ability to read and understand a legally binding contract will conclude that it's not acceptable!

On Jun 3, 2024 at 12:51 PM, <J. T. Esq.> wrote:

He gave you a proposed flight itinerary, and all you responded with was that it was "unacceptable." Please work with him to find a flight itinerary that accommodates your daughter's needs.

Thank you.

Sincerely,
--
**Judy Y. Tseng, Attorney and Counselor at Law**
**NCDRC Certified Superior Court Mediator**
**NCDRC Certified Family Financial Mediator**
PLEASE NOTE NEW ADDRESS:
**Wake Law Office**
200 Cascade Pointe Lane, Suite 104
Cary, NC 27513
tel (919) 656-5887
nclawyer@gmail.com or jyt@wakelawoffice.com
**www.wakelawoffice.com**

On Mon, Jun 3, 2024 at 11:36 AM Leilei Zhang <leileiz@hotmail.com> wrote:
> Ms. Tseng,
>
> My daughter is still in NC and your client is not booking her trip to San Diego for the summer!

On Jun 2, 2024 at 5:45 AM, <Leilei Zhang> wrote:

Ms. Tseng,

Your client is not cooperating with the contract. He is ruining and sabotaging my daughter's relationship with me and the rest of her family. He intends to keep her with him in NC for the rest of the summer again after 2022 and 2023.

Ella should be with me in San Diego as of now after she completes her school on May 24th. However, she is still in NC. Please urge your client to comply with the contract and send my daughter to San Diego asap. Otherwise I will hold him for contempt and breach of a legal contract.


On Jun 1, 2024 at 2:34 PM, <Leilei Zhang> wrote:

This is absolutely not acceptable!



Begin forwarded message:

**From:** Wen Zhang <wenzhang106@yahoo.com>
**Date:** Jun 1, 2024 at 12:52 PM
**To:** Ella Zhang <ella_zhang@caryacademy.org>, Leilei Zhang <leileiz@hotmail.com>
**Cc:** Wen <wen@cisco.com>
**Subject: Re: San Diego**

She has to be back in NC for on-campus orientation in July. This is the best time we found for San Diego. If this looks ok, I'll book it.

DEPART

# Charlotte, NC to San Diego, CA

Monday, June 24, 2024

## 4:49 PM  6:41 PM

4h 52m

NonstopOpens Nonstop details for CLT to SAN, departing at 4:49 PM

Main
AA562   321-Airbus A321

Onboard amenities

Detailsfor CLT to SAN, departing at 4:49 PM Nonstop
Changefor CLT to SAN, departing at 4:49 PM Nonstop

RETURN
# San Diego, CA to Charlotte, NC
Sunday, July 7, 2024

## 11:28 AM  7:27 PM

4h 59m

NonstopOpens Nonstop details for SAN to CLT, departing at 11:28 AM

Main
AA1645   321-Airbus A321
Onboard amenities

Detailsfor SAN to CLT, departing at 11:28 AM Nonstop
Changefor SAN to CLT, departing at 11:28 AM Nonstop

On Monday, May 27, 2024 at 08:58:40 AM EDT, Leilei Zhang <leileiz@hotmail.com> wrote:

Ella,

Please have your dad change your flight and re-route to San Diego asap. I want you to come to California as early as possible. Marcus will be here on June 13. You will enjoy your summer here. I will take you to your camp in Los Angeles in July.

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, unless specifically indicated otherwise, any advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used for the purpose of avoiding tax related penalties or promoting marketing or recommending to another party any tax related matter addressed herein.

NOTICE: This e-mail communication may contain attorney-client privileged and confidential information intended only for the addressee If you are not the intended addressee, you are hereby notified that reading, copying, distributing, or disseminating this communication is strictly prohibited. E-mail communications may not be secure and may be subject to interception. Any response to this message by e-mail should be sent using reasonable care to select a mode of communication that, in light of the exigencies of the existing circumstances  will best maintain any

**Re: San Diego**

Leilei Zhang <leileiz@hotmail.com>
Fri 6/7/2024 11:49 AM
To: Wen Zhang <wenzhang106@yahoo.com>
Cc: Ella Zhang <ella_zhang@caryacademy.org>; Wen <wen@cisco.com>

Ella,

Did you change your orientation to August? Are we still going to Seaworld? You need to let me know asap so i can book tickets. What are you doing in NC? I want you to come next week with Marcus.

Ella,

This flight needs to be changed. It simply doesn't make any sense that you go back to NC on July 7 and return to California a couple of weeks later for camp. You have plenty of other options for the orientation, such as August 12. I am not in contention with you, instead I am trying to offer you better options for you to consider. You shouldn't reject Marcus' birthday just because I don't agree with you on this schedule.

You do have a family outside of NC who loves you and we want to see you and spend time with you as soon as possible.

You need to think logically and make the best decision for yourself. You DO have options for orientation besides July dates.

Please have your father change this flight asap!

On Jun 1, 2024 at 12:52 PM, <Wen Zhang> wrote:

She has to be back in NC for on-campus orientation in July. This is the best time we found for San Diego. If this looks ok, I'll book it.

DEPART
# Charlotte, NC to San Diego, CA
Monday, June 24, 2024

## 4:49 PM  6:41 PM

4h 52m

NonstopOpens Nonstop details for CLT to SAN,