NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE

SUPERIOR COURT DIVISION

Leilei Zhang

    Plaintiff(s),  **PLAINTIFF'S BRIEF and MOTION TO STRIKE, MOTION FOR ORDER TO VACATE, and MOTION FOR SUMMARY JUDGEMENT**

v.  File No. 22cvs006041-910

Wen Zhang,

    Defendant(s),

## STATEMENT OF FACTS

Plaintiff, Leilei Zhang, *Pro Se*, hereby motions the Court to strike an improper filing by the defendant dated July 10th, 2024, titled "Motion to Dismiss Plaintiff's Notice of Appeal; Motion for Sanctions and Civil Contempt". The aforementioned document should be stricken from the court record in its entirety.

Plaintiff filed a Notice of Appeal (Exhibit 1) of an order (the "order", attached, Exhibit 1) rendered by Judge G. Bryan Collins on July 9th, 2024. This order was the outcome from a hearing during the January 16th, 2024 10:00am Civil session, Defendant's Motion to Strike, for Sanctions, for Summary Judgment and for a Gatekeeper's Order, and Plaintiff's Motion for Summary Judgment. For good cause shown, the Court ordered that summary judgment is GRANTED in favor of the Defendant on his claims for breach of contract, and attorney's fees and costs. Plaintiff's claims are dismissed with prejudice in their entirety. A Gatekeeper's Order is GRANTED, such that Plaintiff Leilei Zhang shall not file any more lawsuits or pleadings against Wen Zhang, his attorney Judy Y. Tseng, or any other parties, without a sworn Rule 11

certification by a licensed North Carolina lawyer averring that such pleading(s) are grounded in law. Additionally, judgment is entered against plaintiff in the amount of $141,367.36. An award of attorney's fees and cost in the amount of $20,707.07 is also assessed against plaintiff.

## REASON FOR THE MOTION TO STRIKE

Plaintiff has right to appeal. Any court order is appealable. Plaintiff believes that the "order" was entered unjustified and therefore Plaintiff is entitled to request a higher court review of the "order" for errors of law and legal procedure through the appeal process pursuant to North Carolina Rules of Appellate Procedure. The appeal shall serve the purpose of stay of proceedings. The Gatekeeper order is part of the order that is being appealed. The Court order including the Gatekeeper order does not go into effect until the appeal process is complete and a decision rendered by the Court of Appeals. Defendant shall not be allowed to file further actions out of this order until the appeal is final. Defendant's Motion for Sanctions and Civil Contempt is groundless. Defendant's tentative motion shall stay during the appeal process.

For the reason(s) discussed, defendant's "Motion to Dismiss Plaintiff's Notice of Appeal; Motion for Sanctions and Civil Contempt" should be stricken from the court record in its entirety.

## MOTION FOR SUMMARY JUDGEMENT (Filed on 12/15/2023, Exhibit 2)

After two summers of 2022 and 2023 during the time that Defendant kept Plaintiff's minor daughter Ella in North Carolina against the contract, Defendant Wen Zhang held Ella in North Carolina again from May 24th, 2024 (Ella graduated high school) to July 29th, 2024 (when Ella turned 18). On June 12th, 2024, Plaintiff initiated a petition for Arrest Warrant against Wen Zhang with the Superior Court pursuant to **NC § 15A-304,** however, was rejected. Additional affidavit in support of the Arrest Warrant and in support of Plaintiff's Motion for Summary Judgment. (Exhibit 3).

For all the foregoing reasons, Plaintiff Leilei Zhang respectively requests that the Court

1. Disallow the filing of "defendant's Motion to Dismiss Plaintiff's Notice of Appeal; Motion for Sanctions and Civil Contempt" and the entire document should be stricken.
2. Review Plaintiff's Complaint and Motion for Summary Judgment which was heard during the January 16th, 2024 10:00am Civil session, Honorable Judge Brian Collins presiding.
3. Enter an "Order to Vacate" the Court order (attached with Notice of Appeal, Exhibit 1) rendered on July 9th, 2024 granting defendant's Motion for Summary Judgment and enter a new order granting Plaintiff's Motion for Summary Judgment and award Plaintiff all reliefs prayed for in the Complaint.
4. Award any further relief the Court may deem just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Brief and Motion to Strike was served upon the counsel for Defendant Wen Zhang through electronic transmission as follows:

VIA EMAIL:

nclawyer@gmail.com or jyt@wakelawoffice.com

This the 13th day of August, 2024

Leilei Zhang

7025 Surfbird Circle

Carlsbad, CA 92011

442-637-6326

leileiz@hotmail.com