## RE: Fw: NC Appellate Courts - Court of Appeals - Accepted Document for Docket P24-470

**Williams, Blair** <Blair.Williams@nccourts.org>
Tue 8/6/2024 12:16 PM
To: Leilei Zhang <leileiz@hotmail.com>
Cc: O'neal, Tasha S. <tasha.s.oneal@nccourts.org>; Myers, Kellie Z. <kellie.z.myers@nccourts.org>; Soar, Eugene H. <ehs@coa.nccourts.org>; Judy Y. Tseng <jyt@wakelawoffice.com>; Judy Tseng <nclawyer@gmail.com>; Cooper, Bettye D. <bettye.d.cooper@nccourts.org>

Leilei,

Our office does not respond to threats. I am confident in maintaining our current position as to your referenced filings.

You can certainly bring the motion to strike to your hearing for further clarification from the Judge. Until you hear from the Judge, there is no need for any further communications from our office concerning your motion to strike.


**Blair Williams**
Wake County Clerk of Superior Court
Ex Officio Judge of Probate
**North Carolina Judicial Branch**


From: Leilei Zhang <leileiz@hotmail.com>
Sent: Tuesday, August 6, 2024 10:48 AM
To: Williams, Blair <Blair.Williams@nccourts.org>
Cc: O'neal, Tasha S. <tasha.s.oneal@nccourts.org>; Myers, Kellie Z. <kellie.z.myers@nccourts.org>; Soar, Eugene H. <ehs@coa.nccourts.org>; Judy Y. Tseng <jyt@wakelawoffice.com>; Judy Tseng <nclawyer@gmail.com>; Cooper, Bettye D. <bettye.d.cooper@nccourts.org>
Subject: Fw: Fw: NC Appellate Courts - Court of Appeals - Accepted Document for Docket P24-470

Mr. Williams,

This attached document "Motion to Strike" is still not filed. As I stated previously, the **Clerk's office doesn't have an enforceable gatekeeper order to restrict me from filing a motion while the gatekeeper order is being appealed (see attached Notice of Appeal).** The NC Court of Appeals is aware of this appeal and I have a valid transcription contract dated July 16th.

The Court of Appeals decision has also been appealed to the NC Supreme Court (see attached). File number #128P22-3.

By blocking my filing you are preventing me from continuing with the appeal process and therefore the Clerk's office is violating my right to appeal and my constitutional right to have access to open court pursuant to NC Constitution Article I section 18 below:

**Sec. 18. Court shall be open.**
All courts shall be open; every person for an injury done him in his lands, goods, person, or reputation shall have remedy by due course of law; and right and justice shall be administered without favor, denial, or delay.

As Ms. Myers stated, parties should be treated equally and be held with the same standards. I am allowed to present to the Superior Court judge my argument before the August 21st hearing, "Defendant's Motion to Dismiss Notice of Appeal and Motion for Sanctions". The judge needs to hear arguments from both sides in order to render a decision as a matter of law. You are breaking the law by imposing improper restrictions on filing.

**I am going to take Ms. Tasha O'neal, Ms. Kellie Myers and the Clerk's office to California federal court under 42 U. S. Code § 1983 - civil action for deprivation of rights if this document is ignored and unfiled.**

Leilei Zhang, plaintiff

---

**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Monday, August 5, 2024 6:31 PM
**To:** Frank Williams <frank.b.williams@nccourts.org>
**Subject:** Fwd: Fw: NC Appellate Courts - Court of Appeals - Accepted Document for Docket P24-470

Mr. Williams,

I am the plaintiff of superior court case 22cvs006041-910. Please see below my communication with the clerk's office regarding a filing request. Ms. O'Neal rejected my filing citing a gatekeeper's order from judge Bryan Collins. However, that order is not enforceable because I have filed a notice of appeal of the entire order from judge Collins and the gatekeeper's order was part of the order that is being appealed. Ms. O'Neal refuses to respond to my request and she is putting an improper restriction against me in violation of the law and court rules. Please help me with this issue so that I can proceed with the appeal process with the NC Court of Appeals. Thank you!

Leilei Zhang

Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Aug 5, 2024 at 6:27 AM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>
**Cc:** Kellie Z. Myers <kellie.z.myers@nccourts.org>, Judy Y. Tseng <jyt@wakelawoffice.com>, Judy Tseng <nclawyer@gmail.com>, Eugene H. Soar <ehs@coa.nccourts.org>, Bettye Cooper <bettye.d.cooper@nccourts.org>
**Subject:** Fw: NC Appellate Courts - Court of Appeals - Accepted Document for Docket P24-470

Ms. O'Neal,

This attached document "Motion to Strike" is still not filed. As I repeatedly stated previously, **you don't have an enforceable gatekeeper order to restrict me from filing a motion while the gatekeeper order is being appealed** (see attached Notice of Appeal). The NC Court of Appeals is aware of this appeal and I have a valid transcription contract dated July 16th.

The Court of Appeals decision has also been appealed to the NC Supreme Court. See below link for the filing.

By blocking my filing you are preventing me from continuing with the appeal process and therefore you are violating my right to appeal and my constitutional right to have access to open court pursuant to NC Constitution Article I section 18 below:

**Sec. 18. Court shall be open.**
  All courts shall be open; every person for an injury done him in his lands, goods, person, or reputation shall have remedy by due course of law; and right and justice shall be administered without favor, denial, or delay.

As Ms. Myers stated, parties should be treated equally and be held with the same standards. I am allowed to present to the Superior Court judge my argument before the August 21st hearing, "Defendant's Motion to Dismiss Notice of Appeal and Motion for Sanctions". The judge needs to hear arguments from both sides in order to render a decision as a matter of law. You are breaking the law by imposing improper restrictions on filing.

I am going to take you, Ms. Myers and the Clerk's office to California federal court under 42 U. S. Code § 1983 - civil action for deprivation of rights if this document is ignored and unfiled.

Leilei Zhang, plaintiff

**From:** NC Appellate Courts (www.ncappellatecourts.org) <efiling@sc.nccourts.org>
**Sent:** Monday, August 5, 2024 7:20 AM
**To:** Leilei Zhang <leileiz@hotmail.com>
**Subject:** NC Appellate Courts - Court of Appeals - Accepted Document for Docket P24-470

The following document uploaded on 08/03/2024 by Leilei Zhang (leileiz@hotmail.com) has been accepted for processing for Docket # P24-470.

This acceptance for processing does NOT denote final approval by the court.

NOTICE

Zhang v. Zhang

You may view the document here: https://www.ncappellatecourts.org/show-file.php?document_id=356559

Neither electronically filing a document nor approval of that document affect the timetables for appeals as outlined in the North Carolina Rules of Appellate Procedure.

Attorneys Receiving This Email

Leilei Zhang (leileiz@hotmail.com)
Judy Tseng (jyt@wakelawoffice.com)
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

**RE: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

O'neal, Tasha S. <tasha.s.oneal@nccourts.org>
Thu 7/25/2024 2:55 PM
To:Leilei Zhang <leileiz@hotmail.com>
Cc:Cooper, Bettye D. <bettye.d.cooper@nccourts.org>;Judy Y. Tseng <jyt@wakelawoffice.com>;Myers, Kellie Z. <kellie.z.myers@nccourts.org>

Ms. Zhang,

As Ms. Myers stated in a previous email to you, the gatekeeper portion of Judge Collins' July 9, 2024 order prohibits you from "filing any more lawsuits or pleadings against Wen Zhang, his attorney Judy Y. Tseng, or any other parties, without a sworn Rule 11 certification by a licensed North Carolina lawyer averring that such pleading(s) are grounded in law." Therefore, the Clerk's office is authorized by Judge Collins's order to reject any of your attempted filings as we are not aware of the gatekeeper portion of the order being stayed by order of any court.

Ms. Myers has graciously provided you several resources which I've copied again for your convenience.

General information and links to court rules may be found in Help Topics on the Judicial Branch webpage - https://www.nccourts.gov/help-topics. If you have any questions or concerns about your legal rights and remedies, we encourage you to consult with an attorney who is experienced in this area to properly assess your legal options.

The following resources may also provide helpful information.
- Wake County Legal Support Center - https://wakelsc.org/
- NCBA Lawyer Referral Service - https://www.ncbar.org/public-resources/find-an-nc-lawyer/

NC Free Legal Answers (NC FLA) - https://nc.freelegalanswers.org/


Best Regards,

**Tasha O'Neal**
Assistant Clerk/Head of Civil Division
Wake County Clerk of Superior Court
**NC Judicial Branch**
O  919-792-4125

**WAKE COUNTY eCOURTS INFORMATION & COURT OPERATIONS:** Wake County eCourts Information | North Carolina Judicial Branch (nccourts.gov)

**E-COURTS PUBLIC PORTAL:** https://portal-nc.tylertech.cloud/Portal/

**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Wednesday, July 24, 2024 1:43 PM
**To:** Myers, Kellie Z. <kellie.z.myers@nccourts.org>
**Cc:** Cooper, Bettye D. <bettye.d.cooper@nccourts.org>; O'neal, Tasha S. <tasha.s.oneal@nccourts.org>; Judy Y. Tseng <jyt@wakelawoffice.com>
**Subject:** Re: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition

The gatekeeper's order has been appealed. Any order is appealable. I pursued with the appeal process in order to have it reviewed by a higher court because I think it was entered unjustified and prematurely.

I have right to appeal. The gatekeeper's order does not go into effect until the appeal process is complete. There should not be any restrictions on filing due to the Gatekeeper's order until the appeal process is final.

I should be allowed to file motions to defend my position before the August 21st hearing. The presiding judge should be provided with my argument before the hearing just as the defendant's motion is already in the file system available for him to satisfy your policy of treating parties equally and with the same standards. The gatekeeper's order should not prevent me from filing until any further court decision regarding my appeal.

Ms. O'Neal,

please file this document "motion to strike" I sent to you at your earliest convenience as my "Notice of Appeal" is in the system already. Thank you so much!

Leilei Zhang, plaintiff

On Jul 24, 2024 at 9:55 AM, <Kellie Z. Myers> wrote:

Ms. Zhang,

I am not the Clerk of Superior Court and I do not have any authority over the clerk's office, so I will not be advising the clerk's office regarding your requests.

The gatekeeper portion of Judge Collins's July 9, 2024, order prohibits you from "filing any more lawsuits or pleadings against Wen Zhang, his attorney Judy Y. Tseng, or any other parties, without a sworn Rule 11 certification by a licensed North Carolina lawyer averring that such pleading(s) are grounded in law." Therefore, the clerk is authorized by Judge Collins's order to reject any of your attempted filings that meet these criteria. To my knowledge, the gatekeeper portion of Judge Collins's July 9, 2024, order has not been stayed by order of any court.

Please take note that your document entitled "NOTICE OF APPEAL" was not rejected – it was accepted by the clerk's office and file-stamped in Wake County Superior Court as follows: Electronically Filed Date: 7/9/2024 6:04 PM.

As you are aware, there is a hearing in this case on August 21, 2024, in Wake County. You may make your legal arguments to the presiding judge at that time, on the record. Recurrent emails, phone calls, and voicemails to court staff in which you make your arguments such as those in the succession of emails below are not the appropriate manner in which to share your claims about this case and the orders entered. **All further communication with court staff regarding the same topics as in your emails below will be ignored, as we are not able to provide the relief and actions that you are requesting of us. Should you need other types of assistance, we will be happy to help you.**

As we have repeatedly told you, if you choose to represent yourself, you will be held to the same rules of evidence and procedure as a licensed attorney. General information and links to court rules may be found in Help Topics on the Judicial Branch webpage - https://www.nccourts.gov/help-topics. If you have any questions or concerns about your legal rights and remedies, we encourage you to consult with an attorney who is experienced in this area to properly assess your legal options.

The following resources may also provide helpful information.
- Wake County Legal Support Center - https://wakelsc.org/
- NCBA Lawyer Referral Service - https://www.ncbar.org/public-resources/find-an-nc-lawyer/
- NC Free Legal Answers (NC FLA) - https://nc.freelegalanswers.org/

With kindest regards,

Kellie Myers
Court Administrator
10th Judicial District | Wake County
North Carolina Judicial Branch
O  919-792-4775


Justice for all
www.NCcourts.gov/WakeTCA

\*WAKE COUNTY eCOURTS INFORMATION & CURRENT COURT OPERATIONS: Visit Wake County eCourts and Wake County TCA's Office (www.nccourts.gov/WakeTCA).

\*ELECTRONIC SERVICE BY THE COURT: To ensure that you receive the Court's electronic notifications and service, attorneys (and parties who elect to be served via email) should confirm the Party Information on the case in Portal. Email addresses of record with the court are those provided by attorneys to the NC State Bar pursuant to G.S. 84-39. Corrections to an attorney's address of record with the court must be submitted through the NC State Bar's Portal and *not to the Clerk of Superior Court. Note that the service information provided in eFile / File & Serve does not import into the Court's Case Management System (ICMS) – the court will use the email address imported from the State Bar.*

\*CONFIRM COURT DATES: https://www.nccourts.gov/court-dates. Court calendars will be accessible through Portal as well as daily snapshots posted online by NCAOC Communications.

---

**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Wednesday, July 24, 2024 11:16 AM
**To:** Myers, Kellie Z. <kellie.z.myers@nccourts.org>; O'neal, Tasha S. <tasha.s.oneal@nccourts.org>
**Cc:** Cooper, Bettye D. <bettye.d.cooper@nccourts.org>; Soar, Eugene H. <ehs@coa.nccourts.org>
**Subject:** Fwd: Fw: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition

Ms. Myers,

Sorry to bother you again but this document is still not filed. The only reason, correct me if I am wrong, is because of the Gatekeepers Order by judge Collins. As I stated repeatedly to you and the Clerk's office that this order had been appealed. Please see attached Notice of Appeal. The Gatekeepers order does not go into effect until the appeal process is complete. Please remove the block at your earliest convenience so that I can file "motion to strike". My constitutional right to access open court should not be violated so as my right to appeal and right to defend myself. Thank you for your cooperation and understanding.

Leilei Zhang, plaintiff


Begin forwarded message:

**From:** leilei zhang <leileiz@hotmail.com>
**Date:** Jul 23, 2024 at 4:10 PM
**To:** Bettye Cooper <bettye.d.cooper@nccourts.org>
**Cc:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>, Eugene H. Soar <ehs@coa.nccourts.org>
**Subject: Fw: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Hi Ms. Cooper,

I still have not received any response from either Ms. Myers or the Clerk's office regarding my request for filing of the attached document titled "Motion to Strike". I've tried to contact them since July 11th. The reason for the rejection cited by the Clerk's office was due to Judge Collins' Gatekeeper's order. However, I

have appealed that order on July 9th (please see the attached Notice of Appeal) and the NC Court of Appeals is aware of this appeal.

The Gatekeeper's order should not go into effect until the appeal process is complete and I should not be prohibited from filing due to this order. I have right to appeal and every court order is appealable. The blocking imposed upon me is without any ground or merit. I was denied access to an open court against NC Constitution Article 1 section 18 as stated:

**Sec. 18. Court shall be open.**
**All courts shall be open; every person for an injury done him in his lands, goods, person, or reputation shall have remedy by due course of law; and right and justice shall be administered without favor, denial, or delay.**

By filing this document "Motion to Strike", I am trying to exercise my right to defend myself from the Defendant and his attorney. They want to put me in jail and bring me to a financial disaster against the law and court rules. I have not done anything wrong or illegal and they are the evil and guilty party. The Defendant is still holding my daughter from me illegally in NC against the legal contract. My daughter should be with me now however, the Defendant is not letting her respond to me and I have lost contact with her. I am a single mother living alone with financial hardship. The defendant and his attorney want to destroy me financially and mentally. I am the aggrieved party and am being tortured by them.

I should not be deprived of the right to appeal and to seek justice through the court system. Please advise the Clerk's office to lift the restriction and I should be allowed to file this document as soon as possible. Thank you for your help!

Leilei Zhang, plaintiff


**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Tuesday, July 23, 2024 4:14 PM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>; Kellie Z. Myers <kellie.z.myers@nccourts.org>
**Cc:** Eugene H. Soar <ehs@coa.nccourts.org>
**Subject:** Fwd: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition

Ms. Myers,

I just checked in Odyssey once again that this document is still not filed. Would you please let the clerk's office know to lift the restriction? Thank you!

Leilei Zhang, plaintiff



Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Jul 23, 2024 at 8:18 AM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>
**Cc:** Eugene H. Soar <ehs@coa.nccourts.org>
**Subject: Fwd: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Ms. Myers,

I spoke with Ms. Cooper at the superior court judges office about this filing and she said I needed to speak with you to resolve the issue and you are in the office today. Can you please respond to me at your earliest convenience?

I don't understand why the clerk's office refused to file this document for me. Again, the Gatekeeper's Order by judge Collins had been appealed and it should not go into effect until the appeal process is completed. The Clerk of NC Court of Appeals was aware of this appeal. I have right to appeal and every order is appealable. The Clerk's office should not impose restrictions on filing due to this Gatekeeper's Order. Please file this attached document titled "Motion to Strike" as soon as possible. Thank you!

Leilei Zhang, plaintiff


Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Jul 22, 2024 at 12:19 PM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>
**Subject: Fwd: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Hello,

Not sure if you are at the office as I have not heard from either of you regarding filing of the attached "Motion to Strike". I should not be prohibited from filing due to the gatekeeper order as the order has been appealed in the attached Notice of Appeal as I stated in my previous email. Please let me know once this motion is filed. Thank you!

Leilei Zhang, plaintiff


Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Jul 22, 2024 at 6:20 AM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>
**Subject: Fwd: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Hi ladies,

Has this document "Motion to Strike" been filed? I saw the reason for rejection was "Gatekeeper Oder" on my other submitted document "petition" below. The Gatekeeper order has been appealed. Please see the attached Notice of Appeal. Please let me know. Thank you so much and have a nice day!

Leilei Zhang


Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Jul 21, 2024 at 3:46 PM

**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>
**Subject: Fwd: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Ms. O'Neal, Ms. Myers,

A week ago on July 11th I submitted "plaintiff's Motion to Strike" for filing however it got rejected. I requested again last Thursday on the 18th and I just checked the Odyssey system and the document is still not filed. Was it because of the Gatekeeper's order?

The Gatekeeper's order has been appealed with the rest of Judge Collins' order on July 10th (please see attached Notice of Appeal) and therefore I should not be prohibited from filing by law and court rules. Any order is appealable and the Gatekeeper's order DOES NOT go into effect until after the appeal process is completed. Please file this document (attached) as I requested and I appreciate your help.

Leilei Zhang, plaintiff


Begin forwarded message:

**From:** Leilei Zhang <leileiz@hotmail.com>
**Date:** Jul 18, 2024 at 3:15 PM
**To:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>
**Cc:** Kellie Z. Myers <kellie.z.myers@nccourts.org>, Lisa R. Tucker <lisa.r.tucker@nccourts.org>, Judy Y. Tseng <jyt@wakelawoffice.com>, Judy Tseng <nclawyer@gmail.com>
**Subject: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Ms. O'neal,

I submitted the above two documents for filing on July 11th. Please update me on the status of this request. On July 9th, I filed Notice of Appeal (see attached) of the order rendered by Judge Collins and that action should stay the entire order and any proceedings out of that order until the appeal process is completed. In addition, I filed "plaintiff/appellant's petition for Writ of Supersedeas" with the NC Court of Appeals with the file number P24-470. Ms. Tseng just submitted a calendar request (see attached) against the court rules and legal standard by violating my appeal right. No hearing should be scheduled until

1. **My motion to strike is heard by this court, and**
2. **A decision is rendered by the NC Court of Appeals regarding my petition for Writ of Supersedeas, and**
3. **Appeal process is completed**
4. **Further action taken by me with the upper courts against the defendant with my appeal right**

Please confirm that the above two documents are filed and I will submit my "motion to strike" to Ms. Tucker. Thank you so much!

Leilei Zhang, plaintiff, pro se


**From:** Leilei Zhang <leileiz@hotmail.com>
**Sent:** Thursday, July 11, 2024 4:48 PM
**To:** O'neal, Tasha S. <tasha.s.oneal@nccourts.org>
**Cc:** Judy Y. Tseng <jyt@wakelawoffice.com>; Myers, Kellie Z. <kellie.z.myers@nccourts.org>
**Subject: Fw: Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition**

Ms. O'neal,

Please see attached document "petition" that was rejected by your office from filing. Please file it on my behave. Thank you!

Also, please file the attached plaintiff's Motion to Strike" on my behave. Thank you!

Leilei Zhang, plaintiff, pro se

---

**From:** no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
**Sent:** Thursday, July 11, 2024 4:41 PM
**To:** leileiz@hotmail.com <leileiz@hotmail.com>
**Subject:** Filing Returned for Envelope Number: 936442 in Case: 22CVS006041-910, LEILEI ZHANG VS WEN ZHANG for filing Petition

**Filing Return**
Envelope Number: 93

Your filing to the Clerk's office located in Wake Superior Court, NC has been been returned on Case: 22CVS006041-910

Return for Correction Reason(s) from Clerk's Office

**Return for Correction Reason**  Gate-Keeper Order
**Return for Correction Comments**  No rejection comment was provided. Please contact t court into which you are filing for more information.

Document Details

| | |
|---|---|
| Court | Superior Court |
| Case Style | LEILEI ZHANG VS WEN ZHANG |
| Date/Time Submitted | 7/11/2024 4:27 PM EST |
| Filing Type | Petition |
| Filing Description | |
| Activity Requested | EFile |
| Filed By | Leilei Zhang |

For Technical Assistance

Contact Tyler Technologies

Please do not reply to this email. It was generated automatically by no-reply@efilingmail.tylertech.cloud.

E-mail correspondence to and from this address may be subject to the North Carolina public records laws and if so, may be disclosed.