Wake Superior Court
# Case Summary
Case No. 22CVS006041-910

## Causes of Action

| | | |
|---|---|---|
| 05/17/2022 | **Cause of Action** CV - Specific Performance (Action - 2022-05-17) <br> Filed By   ZHANG, LEILEI <br> Filed Against   ZHANG, WEN <br> Action Type   Action | |
| 05/17/2022 | **Cause of Action** CV - Contract (Action - 2022-05-17) <br> Filed By   ZHANG, LEILEI <br> Filed Against   ZHANG, WEN <br> Action Type   Action | |
| 05/17/2022 | **Cause of Action** CV - Money Owed (Action - 2022-05-17) <br> Filed By   ZHANG, LEILEI <br> Filed Against   ZHANG, WEN <br> Action Type   Action | |
| 01/24/2023 | **Cause of Action** CV - Contract (Counter Action - 2023-01-24) <br> Filed By   ZHANG, WEN <br> Filed Against   ZHANG, LEILEI <br> Action Type   Counter Action | |
| 01/24/2023 | **Cause of Action** CV - Specific Performance (Counter Action - 2023-01-24) <br> Filed By   ZHANG, WEN <br> Filed Against   ZHANG, LEILEI <br> Action Type   Counter Action | |

## Case Events

| Date | Event | Index |
|---|---|---|
| 08/07/2024 | Appellate Results Dismissed <br> *Petition for Writ of Supersedeas* <br> Created:   08/08/2024 8:05 AM | |
| 08/07/2024 | Notice Of Hearing on Motions <br> *Notice for Hearing* <br> Created:   08/07/2024 8:30 AM | Index # 36 |
| 07/26/2024 | Appellate Results <br> *MOTION FOR TEMPORARY STAY IS DENIED* <br> Filed By:   Plaintiff ZHANG, LEILEI <br> Created:   08/02/2024 4:12 PM | Index # 35 |
| 07/11/2024 | Motion to Dismiss <br> *PLAINTIFF'S NOTICE OF APPEAL; MOTION FOR SANCTIONS & CIVIL CONTEMPT* <br> Filed By:   Attorney TSENG, JUDY YENTSUN; <br>          Defendant ZHANG, WEN <br> Against:   Plaintiff ZHANG, LEILEI <br> Created:   07/11/2024 9:02 AM | |
| 07/10/2024 | Appealed to Appellate Court <br> *Notice of Appeal - July 9, 2024 order* <br> Filed By:   Plaintiff ZHANG, LEILEI <br> Created:   07/10/2024 7:48 AM | Index # 34 |
| 07/09/2024 | Order   (Judicial Officer: COLLINS, GEORGE BRYAN, Jr.) <br> *ORDER TO VACATE AND ENTER NEW ORDER* <br> Filed By:   Attorney TSENG, JUDY YENTSUN; <br>          Defendant ZHANG, WEN; <br>          Plaintiff ZHANG, LEILEI | Index # 33 |