Case 3:24-cv-01459-BEN-VET Document 1-7 Filed 08/16/24 PageID.49 Page 9 of 4

FILED
DATE: JUL 30, 2024
TIME: 12:15:23 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. ONeal

24-R090578-910

Exhibit 6

NORTH CAROLINA

WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

in Re:

FILING BRIEFS AND MEMORANDA
WITH THE COURT

ADMINISTRATIVE
ORDER

Under authority of Rule 2 of the General Rules of Practice for the Superior and District Courts, the undersigned enters this Administrative Order to establish continuity in the submission of briefs and memoranda to this Court, and to comply with amended Rule 5(d) of the North Carolina Rules of Civil Procedure.

IT IS HEREBY ORDERED that:

1. The 10th Judicial District Policy for Filing Briefs and Memoranda in Civil Superior Court Actions, attached hereto, is adopted as an Order of the Superior Court of the 10th Judicial District.
2. The 10th Judicial District Policy for Filing Briefs and Memoranda in Civil Superior Court Actions shall be effective August 5, 2024.
3. This Administrative Order shall remain in effect until such time as it is modified or withdrawn by subsequent Administrative Order.

Entered this the 30th day of July 2024.

The Honorable Paul C. Ridgeway
Senior Resident Superior Court Judge

10th Judicial District Policy for Filing Briefs and Memoranda in Civil Superior Court Actions

All briefs and memoranda provided to the court *shall be filed electronically through eFile (File & Serve)*. A person who is not represented by an attorney is encouraged to file briefs and memoranda electronically but may also file these documents with the Clerk of Superior Court. *All briefs and memoranda shall be filed no later than 5:00 p.m. ET two business days prior to the hearing.*

- **Filing Code**: Briefs and Memoranda *[this code will be available in eFile on Aug. 5]*[1]

- **Document Name**: The saved document name should follow the Judicial Branch Document Naming Standards for File & Serve Filers (e.g., "Plaintiff Brief Supporting Summary Judgment.pdf" – possessives should be avoided). Failure to accurately name your documents may result in delay and/or continuance of your hearing.

- **Filing Description**: Must *precisely describe* the document being filed. Filers are encouraged to use the document name as the Filing Description (e.g., "Plaintiff Brief Supporting Summary Judgment," not "Plaintiff's Brief").

- **Single Document**: Briefs, memoranda, *and all attachments must be submitted as a single pdf document*. Do not submit attachments as separate documents or in separate filing envelopes.
    - Exception: If a document exceeds the file size limitations for eFile (File & Serve) of 26.21 MB per individual file or 36.7 MB per envelope, the document may be split into multiple documents, in which case each Filing Description and document name should also reflect the total number of parts (e.g., "Part 1 of 2 Plaintiff Brief Supporting Summary Judgment," "Part 2 of 2 Plaintiff Brief Supporting Summary Judgment," etc.)

- **Attachments**:
    - Include a cover page or numbered sticker on the first page of *each attachment*.
    - For filings with more than two attachments, include an index or table of contents.
    - Note the distinction between attachments and *trial exhibits, which shall not be eFiled* or submitted to the Court without judicial approval.

- **Redaction**: Any brief, memorandum, attachment, or other document submitted to the Court must comply with the applicable redaction requirements, including those concerning personal identifying information set forth in N.C. Gen. Stat. § 132-1.10(d).

- **Do Not**:
    - Submit duplicate pleadings, affidavits, or motions already filed with the Court.
    - Email, mail, deliver, or otherwise submit duplicates or hard copies to court staff and judges, unless specifically requested by the presiding judge.

---

[1] Upon acceptance of the filing by the clerk, the document will be added by the clerk to the docketable case event 'Briefs and Memorandum.'

## Fwd: Fw: Plaintiff Brief for hearing on August 21 9;30 am civil session case # 22cvs006041-910 Zhang v. Zhang

**Leilei Zhang** <leileiz@hotmail.com>
Fri 8/16/2024 11:55 AM

To: Kellie Z. Myers <kellie.z.myers@nccourts.org>
Cc: Frank Williams <frank.b.williams@nccourts.org>; Tasha S. O'neal <tasha.s.oneal@nccourts.org>; Wake.Civil.Superior.Orders <wake.civil.superior.orders@nccourts.org>; Shanda R. Smallwood <shanda.r.smallwood@nccourts.org>; Bettye D. Cooper <bettye.d.cooper@nccourts.org>; Judy Y. Tseng <jyt@wakelawoffice.com>; Judy Tseng <nclawyer@gmail.com>

📎 2 attachments (2 MB)
2024.07.30 Admin Order Filed - Filing Briefs and Memoranda - 24R000573-910.pdf; Plaintiff Brief 22cvs006041-910.pdf;

Ms. Myers,

The clerk's office is not following order by judge Ridgeway to file the attached brief submitted by me. I am going to add contempt against you, Mr. Williams and Ms. O'Neal to my federal complaint and you will receive the complaint and summons in the mail early next week. Please return the green signature card beck to me to complete the service process of the complaint. Thank you!

Leilei Zhang, plaintiff


Begin forwarded message:

> **From:** Leilei Zhang <leileiz@hotmail.com>
> **Date:** Aug 15, 2024 at 10:59 AM
> **To:** Blair Williams <blair.williams@nccourts.org>
> **Cc:** Tasha S. O'neal <tasha.s.oneal@nccourts.org>, Kellie Z. Myers <kellie.z.myers@nccourts.org>, Wake.Civil.Superior.Orders <wake.civil.superior.orders@nccourts.org>, Judy Y. Tseng <jyt@wakelawoffice.com>, Judy Tseng <nclawyer@gmail.com>
> **Subject: Fw: Plaintiff Brief for hearing on August 21 9;30 am civil session case # 22cvs006041-910 Zhang v. Zhang**
>
> Mr. Willaims,
>
> Please file the attached Plaintiff Brief at your earliest convenience pursuant to the Court order by Judge Ridgeway on July 30th, 2024 (also attached). This is in preparation for the scheduled hearing on August 21, 2024 9:30am civil session. Thank you!
>
> Leilei
>
> ---
>
> **From:** Wake.Civil.Superior.Orders <Wake.Civil.Superior.Orders@nccourts.org>
> **Sent:** Thursday, August 15, 2024 1:32 PM
> **To:** Leilei Zhang <leileiz@hotmail.com>
> **Cc:** Judy Y. Tseng <jyt@wakelawoffice.com>; Judy Tseng <nclawyer@gmail.com>
> **Subject:** RE: Plaintiff Brief for hearing on August 21 9;30 am civil session case # 22cvs006041-910 Zhang v. Zhang

See memo on briefs submissions.

Thanks,
Shanda R. Smallwood, MS
Court Assistant/Mediation Coordinator
Superior Court Judges office/TCA's office
North Carolina Judicial Branch

*"Injustice anywhere is a threat to justice everywhere….MLK"*

**IMPORTANT eCOURTS INFORMATION:** Odyssey eCourts ICMS and eFiling goes live in Wake County on **February 13, 2023. Upon go-live, attorneys will be served with filings and Orders from the Court at their email address of record on file with the NC State Bar. Please be sure to update your email address with the State Bar.**
Pursuant to Rule 5 of the General Rules of Practice (as amended in 2023), once a county has implemented Odyssey (eCourts), *all attorneys will be required to file electronically in that county.* Find important news, FAQs, training opportunities, and more to assist you at www.nccourts.gov/eCourts. You are encouraged to frequently visit the Wake County eCourts Information web page for the most current information regarding *local* court operations, policies, and procedures.

From: Leilei Zhang <leileiz@hotmail.com>
Sent: Thursday, August 15, 2024 1:15 PM
To: Wake.Civil.Superior.Orders <Wake.Civil.Superior.Orders@nccourts.org>
Cc: Judy Y. Tseng <jyt@wakelawoffice.com>; Judy Tseng <nclawyer@gmail.com>
Subject: Plaintiff Brief for hearing on August 21 9;30 am civil session case # 22cvs006041-910 Zhang v. Zhang

Please forward my brief to the presiding judge at your earliest convenience. Thank you!

Leilei Zhang, plaintiff
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.