Generated: Aug 16, 2024 3:36PM                                                                                         Page 1/1

# U.S. District Court

## California Southern - San Diego

**THIS IS A COPY**

Receipt Date: Aug 16, 2024 3:34PM

Leilei Zhang
7025 Surfbird Cir
CARLSBAD, CA 92011

Rcpt. No: 155466                  Trans. Date: Aug 16, 2024 3:34PM                  Cashier ID: #VM

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: DCAS324CV001459

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.